**In re: HOWARD WILSON REVOCABLE TRUST.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Consequently, Carlson's request for oral argument is denied.

---

**Raymond Howard Carlson, Plaintiff—Appellant,**

v.

**Diane Loewe Pannkuk, Trustee; et al., Defendants—Appellees.**

**No. 01–55667.**

**D.C. No. CV–01–0032–DOC (EEx).**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

MEMORANDUM **

Raymond Howard Carlson appeals pro se the district court's dismissal of his 42 U.S.C. § 1983 action alleging defendants violated his civil rights over the course of his prior state court action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Bly–Magee v. California,* 236 F.3d 1014, 1017 (9th Cir.2001), and we affirm on the ground that the district court lacked subject matter jurisdiction, *Steel Co. v. Citizens for a Better Environment,* 523 U.S. 83, 94–95, 118 S.Ct. 1003, 140 L.Ed.2d 210 (1998) (noting that jurisdiction is a threshold issue).

Because federal courts do not have jurisdiction to review state court decisions, we affirm the district court's dismissal of Carlson's action. *See Worldwide Church of God v. McNair,* 805 F.2d 888, 890–93 (9th Cir.1986) (citing *Rooker v. Fidelity*

*Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923) and *D.C. Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983)).

Carlson's remaining contentions lack merit.

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. Accordingly, Han's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the